# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

Tom Brady, Drew Brees, Vincent Jackson,
Ben Leber, Logan Mankins, Peyton Manning,
Von Miller, Brian Robison, Osi Umenyiora,
Mike Vrabel, *individually and on behalf of all
others similarly situated,*

      Plaintiffs,

v.

National Football League, et al

      Defendants.

Civil No. 11-CV-639 SRN/JJG

ORDER

---

Barbara P. Berens, Justi R. Miller, Berens & Miller PA, 80 South Eighth Street, Suite 3720, Minneapolis, MN and Timothy R. Thornton, Briggs & Morgan PA, 80 South Eighth Street, Suite 2200, Minneapolis, MN for Plaintiffs.

Aaron D. Van Oort and Daniel J. Connolly, Faegre & Benson, LLP, 90 South Seventh Street, Suite 2200, Minneapolis MN for Defendants.

---

The Motion for Preliminary Injunction by Tom Brady, Drew Brees, Ben Leber, Logan Mankins, Peyton Manning, Von Miller, Brian Robison, Osi Umenyiora, Mike Vrabel, Vincent Jackson [Doc. 2] will be heard on **April 6, 2011 at 9:30 a.m**. before Judge Susan Richard Nelson, in Courtroom 7B, United States Courthouse, 316 North Robert Street, St. Paul, Minnesota.  Defendants shall file a responsive brief on or before March 21, 2011 and the Plaintiffs will be permitted a reply brief to be filed on or before March 28, 2011.

Dated:  March 14, 2011

                                                      s/ Susan Richard Nelson
                                                      SUSAN RICHARD NELSON
                                                      United States District Judge