IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TOM BRADY, *et al.*, | ) <br> ) <br> ) |
| Plaintiffs, | ) No. 0:11-cv-00639-SRN-JJG <br> ) |
| v. | ) <br> ) |
| NATIONAL FOOTBALL LEAGUE, *et al.*, | ) <br> ) |
| Defendants. | ) <br> ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2011, I caused the following documents to be filed with ECF:

1. Memorandum of Law of the National Football League and Its Member Clubs In Opposition to Plaintiffs' Motion for a Preliminary Injunction;
2. Declaration of Peter Ruocco (with Tabs 1-2);
3. Declaration of Daniel J. Connolly (with Exhibits A - U); and
4. Certificate of Service.

I further certify that I caused copies of the **conventionally filed audio discs identified as Exhibits Q – U to the Declaration of Daniel J. Connolly** and the notices of electronic filing to be served by messenger or overnight mail to the following individuals:

**Barbara P. Berens**
**Justi R Miller**
**BERENS & MILLER, PA**
**80 South 8th Street, Ste. 3720**
**Minneapolis, MN  55402**

**Timothy R Thornton**
**BRIGGS & MORGAN, PA**
**80 S 8th St Ste 2200**
**Mpls, MN 55402**

| | |
|---|---|
| **Jeffrey L Kessler** | **James W Quinn** |
| **David G Feher** | **Bruce S. Meyer** |
| **David L Greenspan** | **WEIL, GOTSHAL &** |
| **Christopher R. Clark** | **MANGES LLP** |
| **Jennifer Stewart** | **767 – 5th Avenue** |
| **Molly Donovan** | **New York, NY  10153** |
| **DEWEY & LEBOEUF LLP** | |
| **1301 Avenue of the Americas** | |
| **New York, NY  10019** | |

I further certify that two courtesy copies of the above materials were delivered on March 21, 2010 to the following judge who is hearing the motion:

**The Honorable Susan Richard Nelson**
**United States District Court**
**774 Federal Building**
**316 N. Robert Street**
**St. Paul, MN 55106**

| | |
|---|---|
| |   s/Daniel J. Connolly   |
| David Boies (*pro hac vice*) | Daniel J. Connolly #197247 |
| BOIES, SCHILLER & FLEXNER LLP | Aaron D. Van Oort #315539 |
| 333 Main Street | FAEGRE & BENSON LLP |
| Armonk, NY  10504 | 2200 Wells Fargo Center |
| (914) 749-8200 | 90 South Seventh Street |
| (914) 749-8300 (fax) | Minneapolis, MN  55402-3901 |
| | (612) 766-7806 |
| | (612) 766-1600 (fax) |
| | |
| William A. Isaacson (*pro hac vice*) | Gregg H. Levy (*pro hac vice*) |
| BOIES, SCHILLER & FLEXNER LLP | Benjamin C. Block (*pro hac vice*) |
| 5301 Wisconsin Ave., NW | COVINGTON & BURLING LLP |
| Washington, DC  20015 | 1201 Pennsylvania Ave., NW |
| (202) 237-2727 | Washington, DC  20004-2401 |
| (202) 237-6131 (fax) | (202) 662-6000 |
| | (202) 662-6291 (fax) |

*Counsel for the NFL and NFL Clubs*

March 21, 2011