IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA
_____

TOM BRADY, *et al.*,

          Plaintiffs,

    v.

NATIONAL FOOTBALL LEAGUE
*et al.*,

          Defendants.

Civ. Action No. 0:11-CV-00639-SRN-JJG

**STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

_____

      The undersigned counsel for the respective parties hereby agree that the time within which each and every Defendant in the above-captioned matter shall have to move against, answer, or otherwise respond to the Complaint is extended up to and including April 27, 2011.

Dated: March 25, 2010

s/Daniel J. Connolly
Daniel J. Connolly, # 197427
Aaron Van Oort, #315539
FAEGRE & BENSON LLP
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN 55402-3901
(612) 766-7000
dconnolly@faegre.com
avanoort@faegre.com

*ATTORNEYS FOR DEFENDANTS*

Dated:  March 25, 2010

s/Justi Rae Miller
Barbara P. Berens #209788
Justi Rae Miller #387330
Berens & Miller, P.A.
3720 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
(612) 349-6171
bberens@berensmiller.com
jmiller@berensmiller.com

*ATTORNEYS FOR PLAINTIFFS*