

**CT Corporation**

1209 Orange Street
Wilmington, DE 19801

302 777 0220 tel
800 677 3394 toll free
www.ctlegalsolutions.com

March 24, 2011

Barbara P. Berens
Berens & Millers
3720 IDS Center,
80 South Eighth Street,
Minneapolis, MN 55402

Re: Tom Brady, et al., Pltfs. vs. National Football League, et al., Dfts. // To: New York Jets Football Club, Inc.

Case No. 11-CV-639   SRN

Dear Sir/Madam:

After checking our records and the records of the State of DE, it has been determined that The Corporation Trust Company is not the agent for an entity by the name of NEW YORK JETS FOOTBALL CLUB, INC.. Currently, the state lists Corporation Service Company as the agent for this entity.

Accordingly, we are returning the documents received from you.

Very truly yours,

Chris Moseder
Process Specialist

Log# 518222528

FedEx Tracking# 794571604457

cc: United States District Court
    300 South Fourth Street,
    202 U.S. Courthouse,
    Minneapolis, MN 55415

SCANNED
MAR 28 2011
U.S. DISTRICT COURT MPLS