# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

TOM BRADY, *et al.*,

        Plaintiffs,

v.

NATIONAL FOOTBALL LEAGUE, *et al.*,

        Defendants.

Civil No. 11-0639 (SRN/JJG)

**ORDER ON STIPULATION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD**

Pursuant to the Stipulation for Extension of Time to Answer or Otherwise Plead (Doc. No. 38), entered into by the parties,

**IT IS HEREBY ORDERED** that the time within which each and every Defendant in this matter shall have to move against, answer or otherwise respond to the Complaint is extended up to and including **April 27, 2011**.

Dated: March 28, 2011

    s/ *Jeanne J. Graham*
    JEANNE J. GRAHAM
    United States Magistrate Judge