**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tom Brady, et al
               Plaintiffs,
vs.
                                      CV 11-639 SRN/JJG
National Football League, et al
               Defendants.
-------------------------------      **ORDER FOR REASSIGNMENT**
                                                       **OF RELATED CASES**
Carl Eller, et al
               Plaintiffs,
vs.
                                      CV 11-748 RHK/JSM
National Football League, et al
               Defendants.
                             _____

     Case No. 11-639 having been assigned to Judge Susan Richard Nelson and Magistrate Jeanne J. Graham and Case No. 11-748 having later been assigned to Judge Richard H. Kyle and Janie S. Mayeron, said matters being related cases,

     **IT IS HEREBY ORDERED** that Case No. 11-748 be assigned to Judge Susan Richard Nelson and Magistrate Judge Jeanne J. Graham, nunc pro tunc, by use of a card on the Antitrust List of the automated case assignment system,and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated December 19, 2008.

     **IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: March 29, 2011

                                                  s/ Susan Richard Nelson
                                                  Susan Richard Nelson, Judge
                                                  United States District Court

Dated: March 29, 2011

                                                  s/ Richard H. Kyle
                                                  Richard H. Kyle, Judge
                                                  United States District Court