# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| **Carl Eller, Priest Holmes,** **Obafemi Ayanbadejo, Ryan Collins,** **and Antawan Walker,** *individually and on behalf of all* *others similarly situated* | Civil No. 11-CV-748 (SRN/JJG) |

                       **Plaintiffs,**

**v.**

**National Football League, et al,**

                       **Defendants**,

**and**

| | |
|---|---|
| **Tom Brady, Drew Brees, Vincent Jackson,** **Ben Leber, Logan Mankins, Peyton Manning,** **Von Miller, Brian Robison, Osi Umenyiora,** **and Mike Vrabel,** *individually and on behalf* *of all others similar situated*, | Civil No. 11-CV-639 (SRN/JJG) |

                       **Plaintiffs,**

                                              **ORDER**

**v.**

**National Football League, et al.,**

                       **Defendants**

---

Arthur N. Bailey, Jr., Hilary K. Scherrer, Jon T. King, Michael D. Hausfeld and Michael P. Lehmann, Hausfeld LLP, 44 Montgomery Street, Suite 3400, San Francisco, California 94104; Daniel S. Mason, Mark J. Feinberg and Michael E. Jacobs, Zelle Hofmann Voelbel & Mason LLP, 500 Washington Avenue South, Suite 4000, Minneapolis, Minnesota 55415; and Samuel D. Heins and Vincent J. Esades, Heins Mills & Olson PLC, 310 Clifton Avenue, Minneapolis, Minnesota 55403, counsel for Eller Plaintiffs.

Barbara P. Berens and Justi R. Miller, Berens & Miller, PA, 80 South Eighth Street, Suite 3720, Minneapolis, Minnesota 55402; Timothy R. Thornton, Briggs & Morgan, PA, 80 South Eighth Street, Suite 2200, Minneapolis, Minnesota 55402; Bruce S. Meyer and James W. Quinn, Weil,

Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10019; Christopher R. Clark, David G. Feher, David L. Greenspan, Jeffrey L. Kessler, Jennifer Stewart and Molly Donovan, Dewey & LeBoeuf, LLP, 1301 Avenue of the Americas, New York, New York 10019, counsel for Brady Plaintiffs.

Daniel J. Connolly and Aaron D. Van Oort, Faegre & Benson, LLP, 90 South Seventh Street, Suite 2200, Minneapolis, Minnesota 55402; Benjamin C. Block, Gregg H. Levy and James M. Garland, Covington & Burling, LLP, 1201 Pennsylvania Avenue Northwest, Washington DC 20004; David Boies and William A. Isaacson, Boies, Schiller & Flexner, LLP, 333 Main Street, Armonk, New York 10504 for Defendants.

---

SUSAN RICHARD NELSON, United States District Judge

Plaintiffs' Motion to Expedite the Briefing Schedule and Hearing [Doc. No. 19] is

**GRANTED**.

The hearing on Wednesday, April 6, 2011, will begin at 9:30 a.m. in the Devitt

Courtroom on the first floor of the Warren E. Burger Federal Courthouse, 316 North Robert

Street, St. Paul, Minnesota 55101.  The Court will hear Plaintiffs' Motion for a Preliminary

Injunction in Brady v. Nat'l Football League, 11-CV-639 SRN/JJG, and Plaintiffs' Motion for a

Preliminary Injunction in Eller v. Nat'l Football League, 11-CV-748 SRN/JJG, in that order.

Counsel on each side of each matter will have 20 minutes to argue and the moving party in both

cases may reserve time for rebuttal.  In light of the fact that the NFL does not oppose Plaintiffs'

Motion to Consolidate [Doc. No. 15] in Eller v. Nat'l Football League, the Court will permit

Plaintiffs' counsel in Brady v. Nat'l Football League the opportunity to respond to the motion at

the conclusion of the hearing.

Dated:   April 4, 2011

s/Susan Richard Nelson
SUSAN RICHARD NELSON
United States District Court Judge