**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Tom Brady, et al
                Plaintiffs,
vs.

                                            CV 11-639 SRN/JJG

National Football League, et al
                Defendants.

-------------------------------                **ORDER FOR REASSIGNMENT**
                                                                            **OF RELATED CASES**
Carl Eller, et al
                Plaintiffs,
vs.

                                            CV 11-748 SRN/JJG

National Football League, et al
                Defendants.


-------------------------------

Garrett Andrews                                CV 11-842 ADM/JJK
*individually, and on behalf of all*
*others similarly stituated*
                Plaintiffs,
vs.

National Football League, et al
                Defendants.

_____

    Case Nos. 11-639 and 11-748 having been assigned to Judge Susan Richard Nelson and Magistrate Jeanne J. Graham and Case No. 11-842 having later been assigned to Judge Ann D. Montgomery and Jeffrey J. Keyes, said matters being related cases,

    **IT IS HEREBY ORDERED** that Case No. 11-842 be assigned to Judge Susan Richard Nelson and Magistrate Judge Jeanne J. Graham, nunc pro tunc, by use of a card on the Antitrust List of the automated case assignment system, and the Clerk of Court is directed to void and reuse a card on the same list pursuant to this Court's Assignment of Cases Order dated December 19, 2008.

**IT IS FINALLY ORDERED** that a copy of this order shall be placed in each of the above respective files.

Dated: April 7, 2011                     s/ Susan Richard Nelson
                                         Susan Richard Nelson, Judge
                                         United States District Court
Dated: April 7, 2011


                                         s/Ann D. Montgomery
                                         Ann D. Montgomery, Judge
                                         United States District Court