# EXHIBITS B - E

1133 20th Street, NW • Washington, DC 20036        202.756.9100        202.756.9317



**NFL PLAYERS**
ASSOCIATION

LEGAL DEPARTMENT

March 11, 2011

**VIA FACSIMILLE AND OVERNIGHT MAIL**

Commissioner Roger Goodell
National Football League
280 Park Avenue
New York, N.Y. 10017

      Re: **Renunciation of Collective Bargaining Status**

Dear Roger:

      This is to advise you that, pursuant to a vote in which a majority of the players indicated that they wished to end the collective bargaining status of the NFLPA, the NFLPA is renouncing its status as the players' collective bargaining representative and disclaiming interest in continuing as the collective bargaining agent of the players as of 4:00 p.m. eastern time today. It is the players' intention to instead operate hereafter as a professional association dedicated to improving the business conditions of professional football players in the National Football League, including the enhancement and the protection of the contracting rights of its members. By copy of this letter to each of the member clubs of the NFL, I am also informing them of this important change in our status.

                                 Sincerely,

                                   DeMaurice Smith
                                   Executive Director

cc: NFL Member Clubs
     NFLPA Executive Committee

CASE 0:11-cv-00639-SRN-JJG Document 91 Filed 04/14/11 Page 3 of 6

1133 20th Street, NW • Washington, DC 20036   202.756.9100   202.756.9317



**NFL PLAYERS**
ASSOCIATION

LEGAL DEPARTMENT

March 11, 2011

**VIA FACSIMILE AND OVERNIGHT MAIL**

Dennis Curran
Senior Vice President
National Football League
280 Park Avenue
New York, N.Y. 10017

Re: **Renunciation of Collective Bargaining Status**

Dear Dennis:

Please be advised that as of 4:00 p.m. eastern time today, the NFLPA will no longer be acting as a collective bargaining representative for the players in the NFL (see enclosed copy of DeMaurice Smith's letter to Commissioner Goodell). As a result, the NFLPA will no longer be representing any players in grievances being processed under Article IX (Non-Injury Grievances) or X (Injury Grievances) of the 2006 Collective Bargaining Agreement (CBA), or in any pending disciplinary appeals being processed under Article XI (Commissioner Discipline) of the 2006 CBA, the NFL/NFLPA Drug Programs, or the NFL Personal Conduct Policy.

Players are being advised to retain their own counsel in these proceedings, and you will be informed by the player or his counsel, hopefully in the near future, as to the person you will hereafter be dealing with on his behalf. By copy of this letter to the Non-Injury and Injury Grievance arbitrators, I am informing them of this development as well.

Sincerely,

Richard A. Berthelsen
NFLPA General Counsel

cc: Adolpho Birch
    Art Shell
    Ted Cottrell
    Ray Anderson
    Jeff Pash
    Injury and Non-Injury Grievance Arbitrators

WWW.NFLPLAYERS.COM

1133 20th Street, NW • Washington, DC 20036        202.756.9100        202.756.9317



**NFL PLAYERS**
ASSOCIATION

March 11, 2011

LEGAL DEPARTMENT

**VIA FACSIMILLE AND OVERNIGHT MAIL**

Dennis Curran
Senior Vice President
National Football League
280 Park Avenue
New York, N.Y. 10017

   Re:  **Renunciation of Collective Bargaining Status**

Dear Dennis:

   Please be advised that as of 4:00 p.m. eastern time today, the NFLPA will no longer be acting as a collective bargaining representative for the players in the NFL. As a result, the NFLPA will no longer be assisting in the administration of the various benefit plans referenced in or arising out of the past CBA.

Sincerely,

Richard A. Berthelsen
NFLPA General Counsel

cc:  Sarah Gaunt
     Miki Yaras-Davis

# FORM LM-2 LABOR ORGANIZATION ANNUAL REPORT

U.S. Department of Labor
Employment Standards Administration
Office of Labor-Management Standards
Washington, DC 20210

MUST BE USED BY LABOR ORGANIZATIONS WITH $250,000 OR MORE IN TOTAL ANNUAL RECEIPTS AND LABOR ORGANIZATIONS IN TRUSTEESHIP

Form Approved
Office of Management and Budget
No. 1245-0003
Expires: 10-31-2013

This report is mandatory under P.L. 86-257, as amended. Failure to comply may result in criminal prosecution, fines, or civil penalties as provided by 29 U.S.C. 439 or 440.

READ THE INSTRUCTIONS CAREFULLY BEFORE PREPARING THIS REPORT.

| For Official Use Only | 1. FILE NUMBER 065-533 | 2. PERIOD COVERED From 03/01/2011 Through 03/11/2011 | 3. (a) AMENDED - Is this an amended report: No<br>(b) HARDSHIP - Filed under the hardship procedures: No<br>(c) TERMINAL - This is a terminal report: Yes |

| 4. AFFILIATION OR ORGANIZATION NAME<br>PROFESSIONAL ATHLETES, FED, AFL-CIO | 8. MAILING ADDRESS (Type or print in capital letters) | |
|---|---|---|
| 5. DESIGNATION (Local, Lodge, etc.)<br>FEDERATION | 6. DESIGNATION NBR | First Name<br>DEMAURICE | Last Name<br>SMITH |
| 7. UNIT NAME (if any)<br>NFL PLAYERS ASSOCIATION | | P.O Box - Building and Room Number<br>6TH FLOOR |
| | | Number and Street<br>1133 20TH STREET, NW |
| 9. Are your organization's records kept at its mailing address?  Yes | | City<br>WASHINGTON |
| | | State<br>DC | ZIP Code + 4<br>20036 |

Each of the undersigned, duly authorized officers of the above labor organization, declares, under penalty of perjury and other applicable penalties of law, that all of the information submitted in this report (including information contained in any accompanying documents) has been examined by the signatory and is, to the best of the undersigned individual's knowledge and belief, true, correct and complete (See Section V on penalties in the Instructions.)

| 26. SIGNED: Kevin Mawae | PRESIDENT | 27. SIGNED: DeMaurice F Smith | TREASURER |
| Date: Apr 08, 2011 | Contact Info: 202-756-9100 | Date: Apr 08, 2011 | Contact Info: 202-756-9100 |

Form LM-2 (Revised 2010)

FILE NUMBER:   065-533

## 69. ADDITIONAL INFORMATION SUMMARY

Item 3 Terminal:    During the months of September through December of 2010, an overwhelming majority of the Associations members voted to end the collective bargaining status of the NFLPA if there was no new collective bargaining agreement reached with the NFL Clubs at a point in time which was eight hours prior to the expiration of the prior collective bargaining agreement. There was no new agreement reached by 4 pm eastern time on March 11, 2011, the expiration date of the prior collective bargaining agreement, so the governing body of the organization implemented the players vote and restructured the NFLPA into a professional association with a new set of Bylaws. The restructured organization is applying for a new tax exemption under Section 501(c)(6) of the Internal Revenue Code, and all assets, liabilities, and records became assets, liabilities, and records of the newly restructured organization.

Assets, liabilities, and records of the National Football League Players Inc. and 1133 20th Street Building Corporation remain with their respective organizations without change. Both entities are included and consolidated into the LM-2 at March 11, 2011.

Form LM-2 (Revised 2010)