IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| TOM BRADY, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | No. 0:11-cv-00639-SRN-JJG |
| ) | |
| v. ) | |
| ) | |
| NATIONAL FOOTBALL LEAGUE, *et al.*,) | |
| ) | |
| Defendants. ) | |

# DEFENDANTS'
# EXPEDITED MOTION FOR A STAY PENDING APPEAL

On April 25, 2011, the Court issued an order granting Plaintiffs' motion for a preliminary injunction barring the NFL and its member clubs from implementing a lockout (the "Order") (Dkt No. 99).

Pursuant to Federal Rule of Civil Procedure 62(c), Defendants National Football League and each of the NFL Clubs respectfully request a stay of the Court's Order pending their expedited appeal of the Order to the United States Court of Appeals for the Eighth Circuit.

In support of this Motion, Defendants rely on the accompanying Memorandum of Law, as well as the briefing, declarations, exhibits, and argument submitted with respect to the motions for preliminary injunction.

Respectfully submitted,

s/Daniel J. Connolly

| | |
|---|---|
| David Boies (*pro hac vice*) | Daniel J. Connolly #197247 |
| BOIES, SCHILLER & FLEXNER LLP | Aaron D. Van Oort #315539 |
| 333 Main Street | FAEGRE & BENSON LLP |
| Armonk, NY  10504 | 2200 Wells Fargo Center |
| (914) 749-8200 | 90 South Seventh Street |
| (914) 749-8300 (fax) | Minneapolis, MN  55402-3901 |
| | (612) 766-7806 |
| | (612) 766-1600 (fax) |
| | |
| William A. Isaacson (*pro hac vice*) | Gregg H. Levy (*pro hac vice*) |
| BOIES, SCHILLER & FLEXNER LLP | Benjamin C. Block (*pro hac vice*) |
| 5301 Wisconsin Ave., NW | COVINGTON & BURLING LLP |
| Washington, DC  20015 | 1201 Pennsylvania Ave., NW |
| (202) 237-2727 | Washington, DC  20004-2401 |
| (202) 237-6131 (fax) | (202) 662-6000 |
| | (202) 662-6291 (fax) |

*Counsel for the NFL and NFL Clubs*

April 25, 2011