UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| **Tom Brady, Drew Brees,** **Vincent Jackson, Ben Leber, Logan Mankins,** **Peyton Manning, Von Miller, Brian Robison,** **Osi Umenyiora, Mike Vrabel,** **Carl Eller, Priest Holmes,** **Obafemi Ayanbadejo, Ryan Collins,** **and Antawan Walker,** *individually and on behalf of all* *others similarly situated* **Plaintiffs,** v. **National Football League, et al,** **Defendants**, | Civil No. 11-CV-639 (SRN/JJG) ORDER |

___

Barbara P. Berens and Justi R. Miller, Berens & Miller, PA, 80 South Eighth Street, Suite 3720, Minneapolis, Minnesota 55402; Timothy R. Thornton, Briggs & Morgan, PA, 80 South Eighth Street, Suite 2200, Minneapolis, Minnesota 55402; Bruce S. Meyer and James W. Quinn, Weil, Gotshal & Manges, LLP, 767 Fifth Avenue, New York, New York 10019; Christopher R. Clark, David G. Feher, David L. Greenspan, Jeffrey L. Kessler, Jennifer Stewart and Molly Donovan, Dewey & LeBoeuf, LLP, 1301 Avenue of the Americas, New York, New York 10019 counsel for Plaintiffs Brady, Brees, Jackson, Leber, Mankins, Manning, Miller, Robison, Umenyiora and Vrabel.

Arthur N. Bailey, Jr., Hilary K. Scherrer, Jon T. King, Michael D. Hausfeld and Michael P. Lehmann, Hausfeld LLP, 44 Montgomery Street, Suite 3400, San Francisco, California 94104; Daniel S. Mason, Mark J. Feinberg and Michael E. Jacobs, Zelle Hofmann Voelbel & Mason LLP, 500 Washington Avenue South, Suite 4000, Minneapolis, Minnesota 55415; and Samuel D. Heins and Vincent J. Esades, Heins Mills & Olson PLC, 310 Clifton Avenue, Minneapolis, Minnesota 55403, counsel for Plaintiffs Eller, Holmes, Ayanbadejo, Collins and Walker.

Daniel J. Connolly and Aaron D. Van Oort, Faegre & Benson, LLP, 90 South Seventh Street, Suite 2200, Minneapolis, Minnesota 55402; Benjamin C. Block, Gregg H. Levy and James M. Garland, Covington & Burling, LLP, 1201 Pennsylvania Avenue Northwest, Washington DC 20004; David Boies and William A. Isaacson, Boies, Schiller & Flexner, LLP, 333 Main Street, Armonk, New York 10504, counsel for Defendants.

SUSAN RICHARD NELSON, United States District Judge

Counsel for the Plaintiffs has submitted a letter to the Court seeking clarification of this Court's April 25, 2011 Order [Doc. No. 99] on Plaintiffs' Motion for a Preliminary Injunction. The Court construes counsel's letter seeking clarification of the Order as a request for reconsideration. Pursuant to Local Rule 7.1(h), requests to move for reconsideration, and responses to such requests "shall be made by letter to the Court of no more than two pages in length, which shall be filed and served in accordance with the ECF procedures."

The Court therefore directs Plaintiffs to file their request on ECF in accordance with Local Rule 7.1(h). Counsel for Defendants may respond by 5:00 p.m. on April 27, 2011.

Dated:   April 26, 2011

                                                s/ Susan Richard Nelson  
                                                SUSAN RICHARD NELSON  
                                                United States District Court Judge