## BERENS & MILLER, P.A.
ATTORNEYS AT LAW
3720 IDS CENTER
80 SOUTH EIGHTH STREET
MINNEAPOLIS, MINNESOTA 55402
WWW.BERENSMILLER.COM

BARBARA PODLUCKY BERENS
bberens@berensmiller.com

ADMITTED IN MINNESOTA,
U.S. DISTRICT COURTS OF MINNESOTA
AND WESTERN DISTRICT OF WISCONSIN

April 25, 2011

TELEPHONE
(612) 349-6171

FAX
(612) 349-6416

*By Electronic Mail*

The Honorable Susan Richard Nelson
United State District Court
774 Federal Building
316 N. Robert Street
St. Paul, MN 55106

Re:   Brady, et al. v. National Football League, et al.
      Court File No. 11-cv-00639-SRN-JJG

Dear Judge Nelson:

We are writing to request clarification of the Memorandum and Order issued today in the above-referenced matter (Doc. No. 99). In granting the *Brady* Plaintiffs' Motion for a Preliminary Injunction, the Court ordered, *inter alia*, that the "lockout is enjoined." *Id.* at 89.

The *Brady* Plaintiffs seek clarification of the quoted language pursuant to Fed. R. Civ. P. 65(d)(1)(C). In order to comply with Rule 65, we ask the Court to enter the Proposed Order attached hereto.

Very truly yours,

*Barbara P. Berens*
Barbara P. Berens

BPB:nam

Enclosure

cc:   All Counsel of Record