

Aaron D. Van Oort
avanoort@faegre.com
(612) 766-8138

April 27, 2011

BY ECF

The Honorable Susan Richard Nelson
U.S. District Judge, District of Minnesota
United States District Court
774 Federal Building
316 N. Robert Street
St. Paul, MN 55106

    Re:   *Brady, et al. v. National Football League, et al*
           Court File No. 0:11-cv-00639 SRN/JJG

Dear Judge Nelson:

    In the *Brady* plaintiffs' memorandum filed this morning regarding the issue of a stay pending appeal, the players request the Court to require the NFL Defendants to post a bond to secure any stay that is issued. (Dkt. 110 at 21-22.) This request raises significant issues that the NFL Defendants have not had an opportunity to address. The NFL Defendants therefore respectfully request leave to file a written response addressing the request for a bond.

                                                      Sincerely yours,

                                                      Aaron D. Van Oort

cc:    Counsel of Record
fb.us.6680462.01