## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Carl Eller, Priest Holmes, Obafemi
Ayanbadejo, Ryan Collins, and Antawan
Walker, individually, and on behalf of all
others similarly situated,

                Plaintiffs,

      v.

National Football League, Arizona
Cardinals, Inc., Atlanta Falcons Football
Club LLC, Baltimore Ravens Limited
Partnership, Buffalo Bills, Inc., Panthers
Football LLC, Chicago Bears Football
Club, Inc., Cincinnati Bengals, Inc.,
Cleveland Browns LLC, Dallas Cowboys
Football Club, Ltd., Denver Broncos
Football Club, Detroit Lions, Inc., Green
Bay Packers, Inc., Houston NFL Holdings
LP, Indianapolis Colts, Inc., Jacksonville
Jaguars Ltd., Kansas City Chiefs Football
Club, Inc., Miami Dolphins, Ltd.,
Minnesota Vikings Football Club LLC,
New England Patriots, LP, New Orleans
Louisiana Saints, LLC, New York Football
Giants, Inc., New York Jets Football Club,
Inc., Oakland Raiders LP, Philadelphia
Eagles Football Club, Inc., Pittsburgh
Steelers Sports, Inc., San Diego Chargers
Football Co., San Francisco Forty Niners
Ltd., Football Northwest LLC, The Rams
Football Co. LLC, Buccaneers Limited
Partnership, Tennessee Football, Inc.,
Washington Football Inc.

                Defendants.

------------------------------------------------x

Civil Action No: 11-cv-00639 SRN/JJG

**<u>NOTICE OF DISMISSAL
WITHOUT PREJUDICE
PURSUANT TO F.R.C.P. 41(a)(1)</u>**

COME NOW the Plaintiffs and pursuant to Rule 41(a)(1) hereby dismiss this matter without prejudice.

Dated:  August 23, 2011

/s/Mark J. Feinberg
Mark J. Feinberg (#28654)
Michael E. Jacobs (#0309552)
Shawn D. Stuckey (#0388976)
ZELLE HOFMANN VOELBEL &
   MASON LLP
500 Washington Avenue, South
Suite 4000
Minneapolis, MN 55415
Telephone: (612) 339-2020
mfeinberg@zelle.com
mjacobs@zelle.com
sstuckey@zelle.com

Daniel S. Mason
ZELLE HOFMANN VOELBEL &
MASON, LLP
44 Montgomery Street
Suite 3400
San Francisco, CA 94104
Telephone: (415) 633-0700
damson@zelle.com

Michael D. Hausfeld
Hilary K. Scherrer
HAUSFELD LLP
1700 K Street, NW
Suite 650
Washington, D.C. 20006
Telephone: (202) 540-7200
mhausfeld@hausfledllp.com
hscherrer@hausfeldllp.com

Michael P. Lehmann
Jon T. King
Arthur N. Bailey, Jr.
HAUSFELD LLP
44 Montgomery Street
San Francisco, CA 94111
Telephone: (415) 633-1908
mlehmann@hausfeldllp.com
jking@hausfeldllp.com
abailey@hausfeldllp.com

Samuel D. Heins (#43576)
Vince J. Esades (#249361)
HEINS MILLS & OLSON, P.L.C.
310 Clifton Avenue
Minneapolis, MN 55403
Telephone: (612) 338-4605
sheins@heinsmills.com
vesades@heinsmills.com

*Counsel for Eller Plaintiffs*